# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ELIAS HAILU,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil No. 24-cv-02575 (APM)** |
| | ) | |
| **DISTRICT OF COLUMBIA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

For the reasons stated in the court's Memorandum Opinion, ECF No. 20, Defendant's Motion to Dismiss Plaintiff's Complaint for Want of Prosecution, ECF No. 18, is granted. This matter is hereby dismissed.

This is a final, appealable order.

Dated: August 7, 2025

Amit P. Mehta
United States District Judge